**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DAMON ROBINSON,**

      **Petitioner,**

  v.                                **Case No. 2:15-cv-02627
Judge Smith
Magistrate Judge King**

**WARDEN, BELMONT
CORRECTIONAL INSTITUTION,**

      **Respondent.**

## ORDER

On July 30, 2015, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (ECF No. 2). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 2) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                    *s/George C. Smith*
                                  **George C. Smith, Judge
United States District Court**